MARY KATE SULLIVAN (State Bar No. 180203)
ADAM N. BARASCH (State Bar No. 158220)
BERNARD J. KORNBERG (State Bar No. 252006)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Email: bjk@severson.com

Attorneys for Wells Fargo Bank, N.A., As Trustee For The Holders Of The Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-WMC1 And Nationstar Mortgage LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION — SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>Richard A. Ensminger,<br><br>                    Debtor. | Case Nos. 2:15-cv-02551-WBS<br><br>Chapter 11<br><br>Bankr. Case No. 13-35297 |
| Richard A. Ensminger,<br><br>                    Appellant,<br><br>        vs.<br><br>Wells Fargo Bank, N.A., As Trustee For The Holders Of The Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-WMC1 And Nationstar Mortgage LLC,<br><br>                    Appellees. | **ORDER DISMISSING APPEAL** |

11951.0712/7225092.1

ORDER DISMISSING APPEAL

The Court, having reviewed the stipulation between Debtor-Appellant Richard A. Ensminger ("Debtor") and Respondent-Appellees Wells Fargo Bank, N.A., As Trustee For The Holders Of The Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-WMC1 And Nationstar Mortgage LLC ("Respondents") to dismiss the four appeals arising out of Debtor's bankruptcy proceeding, and for good cause showing, hereby approves it

IT IS THEREFORE ORDERED THAT this appeal is dismissed.  Each party shall bear its own costs.

Dated:  April 8, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE